IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
_____
GENE CONNOR,                  )
            Petitioner,       )
                              )
V.                            )    Criminal No. 1:04cr224
                              )    Civil Action No. 1:05cv1434
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )
_____)
```

## ORDER

This matter comes before the Court on the Petitioner's motion to alter or amend judgment pursuant to Rule 59(e) of the F.R.Civ.P.  It appearing to the Court that the previous ruling was correct for the reasons stated, it is hereby

ORDERED that the Petitioner's motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 29 , 2007